O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR15-468 CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| MICHAEL STEVEN HOLMES, | ) | |
| Defendant. | ) | |

On January 9, 2019 and January 11, 2019, this matter came before the Court on Petition on Probation and Supervised Release originally filed on December 6, 2018 and amended on January 8, 2019. Government counsel, Laure Restrepo, the defendant and his appointed Deputy Federal Public Defender attorney, Charles Brown, were present. The U.S. Probation Officer, Carolyn Houston, was also present.

The defendant admitted to allegations one and three, in violation of his supervised release, as stated in the Petition filed on December 6, 2018 and amended on January 8, 2019. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on September 26, 2016.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of four (4) months.

Upon release from imprisonment, defendant shall be placed on supervised release for a period of thirty-six (36) months, under the same terms and conditions previously imposed, subject to certain modifications made pursuant to General Order 18-10, with the additional condition:

- Defendant is ordered to reside at, participate in and successfully complete a residential treatment program, treating co-occurring disorders as approved by the United States Probation Office, and observe the rules of that facility.

Defendant is informed of his right to appeal.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: January 11, 2019

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: /s/
Stephen Montes Kerr, Deputy Clerk